| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (SBN 191626)<br>Annick M. Persinger (SBN 272996)<br>Yeremey O. Krivoshey (SBN 295032)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:   ltfisher@bursor.com<br>            apersinger@bursor.com<br>            ykrivoshey@bursor.com<br><br>*Attorneys for Plaintiffs* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Jay T. Ramsey (SBN 273160)<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br>E-Mail: jramsey@sheppardmullin.com<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETTA MILLS, on Behalf of Herself and all Others Similarly Situated,<br><br>                                      Plaintiffs,<br>     v.<br><br>CLICKSPARK, LLC,<br><br>                                      Defendant. | Case No.  2:16-cv-00162-TLN-KJN<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Troy L. Nunley |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Etta Mills ("Plaintiff") and Defendant ClickSpark, LLC ("Defendant") by and through their respective counsel of record, enter into the following stipulation.

In light of counsel's work schedules, the parties stipulate that the briefing on Defendant's motion for summary judgment, filed May 2, 2016, shall proceed as follows, subject to the Court's approval:

1. Plaintiff's opposition shall be filed on June 2, 2016.

2. Defendant's reply shall be filed on June 16, 2016.

3. The hearing scheduled for June 2, 2016 will be rescheduled to 2:00 p.m. on June 30, 2016.

IT IS SO STIPULATED.

Dated: May 13, 2016        **BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
           apersinger@bursor.com
           ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: May 13, 2016        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:   */s/ Jay T. Ramsey*
         Jay T. Ramsey

Jay T. Ramsey (SBN 273160)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
E-Mail: jramsey@sheppardmullin.com

*Attorneys for Defendant*

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-CV-00162-TLN-KJN

1

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders:

1. Plaintiff's opposition shall be filed on June 2, 2016.

2. Defendant's reply shall be filed on June 16, 2016.

3. The hearing scheduled for June 2, 2016 will be rescheduled to 2:00 p.m. on June 30, 2016.

**IT IS SO ORDERED.**

Dated: May 19, 2016

                                                Troy L. Nunley
                                                United States District Judge

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-00162-TLN-KJN

2