SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile:   310.228.3701
jramsey@sheppardmullin.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA MILLS, on Behalf of Herself and all Others Similarly Situated<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLICKSPARK, LLC,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-00162-TLN-KJN<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

1  Plaintiff Etta Mills ("Plaintiff") and Defendant ClickSpark, LLC
2 ("Defendant") by and through their respective counsel of record, enter into the
3 following stipulation.
4  WHEREAS, on July 8, 2016, Plaintiff filed her Motion for Leave to Amend
5 (ECF Dkt. No. 19), setting it for hearing on August 25, 2016;
6  WHEREAS, Plaintiff's Motion seeks to add three additional Plaintiffs to the
7 case;
8  WHEREAS, pursuant to the Local Rules, Defendant's opposition is due
9 Thursday, August 11, 2016;
10  WHEREAS, counsel for Defendant requested additional time to file an
11 opposition in light of both his work and vacation schedule and the additional time
12 needed for Defendant to investigate the claims by the new Plaintiffs;
13  WHEREAS, in light of Plaintiff's counsel's schedule, he requested additional
14 time to file a reply;
15  WHEREAS, Plaintiff and Defendant agreed to an extension in the briefing
16 and hearing schedule;
17  WHEREAS, no prior extensions have been sought in the briefing schedule;
18  NOW, THEREFORE, the parties stipulate and agree that the briefing and
19 hearing schedule on Plaintiff's Motion for Leave to Amend shall proceed as follows:
20  1.  Defendant's opposition shall be filed on August 25, 2016.
21  2.  Defendant's reply shall be filed on September 15, 2016.
22  3.  The noted hearing date of 2:00 on August 25, 2016 will be rescheduled
23 to 2:00 on September 22, 2016.
24  IT IS SO STIPULATED.

SMRH:225661227.1

-1-

STIPULATION AND ORDER RE BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND

Dated: August 9, 2016 **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: August 9, 2016 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Jay T. Ramsey*
JAY T. RAMSEY

Attorneys for Defendant
CLICKSPARK, L.L.C.

**ORDER**

IT IS SO ORDERED

Dated: August 11, 2016

Troy L. Nunley
United States District Judge